```
1   Daniel W. Maguire (SBN 120002)
    E-mail: dmaguire@bwslaw.com
2   Kyle Anne Piasecki (SBN 311961)
    E-mail: kpiasecki@bwslaw.com
3   BURKE, WILLIAMS & SORENSEN, LLP
    444 South Flower Street, Suite 2400
4   Los Angeles, CA  90071-2953
    Tel:  213.236.0600
5   Fax:  213.236.2700

6   Attorneys for Defendants
    Life Insurance Company of North America,
7   Brianna Collins, and Eric Feldman
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETIM YMERI, an individual; NASER SAHITI, an individual and BURIM HALITI, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania company; AECOM, a California company; AC FIRST LLC, a Delaware Limited Liability Company, ERIC FELDMAN, an individual, BRIANNA COLLINS an individual, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION** |

TO PLAINTIFFS BETIM YMERI, NASER SAHITI, BURIM HALITI AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Life Insurance Company of North America, Brianna Collins, and Eric Feldman hereby serve notice of their removal of the above-entitled action to the United States District Court, Central District of California, from the Superior Court of the State of California, County of Los Angeles, and respectfully aver:

## PLEADINGS AND PROCEEDINGS TO DATE

1. On or about January 8, 2021, an action was commenced against Defendants in the Superior Court of the State of California for the County of Los Angeles entitled *Betim Ymeri, Naser Sahiti, and Burim Haliti v. Life Insurance Company of North America; AECOM, AC First LLC, Eric Feldman, Brianna Collins, and Does 1-100.*, under Case No. 21STCV00806, by the filing of a Summons and Complaint. Attached hereto as **Exhibit A** is a true copy of the Summons and Complaint of said action, together with the following additional pleadings and papers: Civil Case Cover Sheet, Notice to Plaintiff re Case Assignment, Alternative Dispute Resolution Program Information Package, Voluntary Litigation Stipulations, and Proof of Service of Summons & Complaint.

2. On January 20, 2021, Life Insurance Company of North America ("LINA") was served and first received a copy of the Summons and Complaint. The foregoing Summons and Complaint and associated documents constitute all the process, pleadings, and orders served upon the LINA to date. AECOM and AC First LLC (collectively "AECOM Defendants") were served on January 20th and 26th, 2021, respectively. The AECOM Defendants join in the removal.

3. Brianna Collins was not served properly, and Eric Feldman was not served. They nonetheless remove this action. LINA is informed and believes that there has been no service of process upon Does 1 through 100.

## FEDERAL QUESTION JURISDICTION

4. The District Courts of the United States have original jurisdiction over an action founded on a claim of right arising under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq*. ("ERISA"). United States Code Title 29, § 1132(e)(1) confers concurrent jurisdiction upon the District Courts of the United States over claims initiated by plan participants or beneficiaries to recover benefits or to enforce their rights under employee welfare benefit plans governed by ERISA.

5. An ERISA "employee welfare benefit plan" is a plan, fund or program established or maintained by an employer or employee organization, or both, for the purpose of providing sickness, accident, disability, death or unemployment benefits to participants or their beneficiaries. 29 U.S.C. §1002(1). The AECOM Defendants established and maintain an ERISA employee welfare benefit plan ("AECOM Plan"). LINA issued a group long-term disability ("LTD") policy of insurance (policy no. FLK-980193) used by the AECOM Defendants to fund disability benefits under the AECOM Plan ("LTD Policy").[1] Attached as **Exhibit B** is a true and correct copy of the Certificate of Coverage. LINA's policy states, "[t]his Policy has been issued in conjunction with an employee welfare benefit plan subject to the Employee Retirement Income Security Act of 1974 ("ERISA")." [Exhibit B at 46].

6. This action arises by virtue of a claim for LTD benefits by Plaintiffs under the AECOM Plan. The first five causes of action in the Complaint: negligence, negligent misrepresentation, fraud, promissory estoppel, and vicarious liability, respectively, allege that the AECOM Defendants failed to procure LTD disability insurance despite representations that they did so. [Complaint, ¶¶ 48-73].

7. Plaintiffs assert that the first five causes of action are an alternative to last four causes of action, which allege the AECOM Defendants did procure LTD insurance from LINA but those benefits were wrongfully denied by LINA and its employees. [Complaint, ¶ 75:15-16]. More specifically, Plaintiffs allege in their Sixth cause of action "Negligent Misrepresentation" that two former employees of LINA, Defendants Collins and Feldman, negligently misrepresented that the Plaintiffs are not covered under the policy in question. [Complaint, ¶ 74-78]. The Seventh, Eighth, and Ninth causes of action pled against LINA are for "Breach of

---

[1] AECOM is the subscriber to the policy and AC First, LLC is an affiliate covered under the policy. [Exhibit B at 4 and 44]. The policy number alleged in the Complaint appears to be incorrect.

Insurance Contract," "Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing" and "Negligence," for its alleged wrongful failure to pay Plaintiffs long-term disability benefits. [Complaint, ¶¶ 79-98].

8. All of Plaintiffs' claims, whether they be against AECOM Defendants or LINA and Defendants Collins and Feldman, arise from, or are directly related to, an employee benefit plan under ERISA. Title 29 U.S.C. §1132(a)(1)(B) provides a cause of action to resolve suits by participants or beneficiaries seeking to recover benefits from an ERISA plan. ERISA preempts Plaintiffs' state law causes of action seeking to recover benefits and other damages under an ERISA plan. *See Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41, 54 (1987); *Dytrt v. Mountain States Tel. & Tel. Co.*, 921 F.2d 889, 897 (9th Cir. 1990); *see also Butero v. Royal Maccabees Life Ins. Co.*, 174 F.3d 1207, 1213 n. 2 (11th Cir. 1999) (declining "to hold that claims against an ERISA entity's employee escape the preemption that would doom state-law claims against the entity itself"). State law causes of action filed in state court that are preempted by ERISA and fall within the scope of ERISA § 502(a)(1)(B) may be removed to federal court pursuant to 28 U.S.C. §1441(a), even if the defense of ERISA preemption does not appear on the face of the Complaint. *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 66-67 (1987).

## TIMELINESS OF REMOVAL

9. Service was effectuated upon LINA on January 20, 2021. AECOM and AC First LLC were served on January 20th and 26th, 2021, respectively. Defendant Collins was not served properly, and Defendant Feldman was not served. This Notice of Removal is filed within thirty (30) days of the earliest date of service, and within one year of the date of commencement of the Action. This removal is therefore timely under 28 U.S.C. § 1446(b).

## VENUE

10. This is a suit of a wholly civil nature brought in a California court. The action is pending in Los Angeles County, California, and, accordingly, under

Title 28 U.S.C. §§ 84(c) and 1441(a), and Title 29 U.S.C. § 1132(e)(2), the United States District Court, Central District of California, is the proper forum for removal.

## JOINDER

11.  Defendants AECOM and AC First, LLC will join in this removal.

WHEREFORE, Defendants Life Insurance Company of North America, Collins, and Feldman pray that the above-referenced action now pending in the Los Angeles County Superior Court, State of California, Civil Division, Case No. 21STCV00806, be removed from that court to this United States District Court.

DATED: February 18, 2021             BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Daniel W. Maguire*
DANIEL W. MAGUIRE
KYLE ANNE PIASECKI
Attorneys for Defendants
Life Insurance Company of North America, Brianna Collins, and Eric Feldman